United States Bankruptcy Court for the Northern District of California

| | |
|---|---|
| Debtor 1 | Mark Richard Murphy |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| Case Number: | 12-47004 |

**Form 1340 (12/19)** (Modified for use in the Northern District of California, US Bankruptcy Court)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $253.14 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>425-836-5728<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Northern District of California
*450 Golden Gate Avenue*
P.O. Box 36055
San Francisco, CA 94102

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: March 6, 2020 | Date: _____ |
| *[signature]* | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Brian J Dilks – Member | |
| Dilks & Knopik, LLC | Printed Name of Co-Applicant (if applicable) |
| 35308 SE Center Street | |
| Snoqualmie, WA 98065 | Address: |
| 428-836-5728 x123 | |
| admin@dilksknopik.com | |
| | Telephone: _____ |
| | Email: _____ |
| **6. Notarization** | **6. Notarization** |
| STATE OF <u>WASHINGTON</u> | STATE OF _____ |
| COUNTY OF <u>KING</u> | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated <u>March 6, 2020</u> was subscribed and sworn to before me this <u>6th</u> day of <u>March</u>, 20<u>20</u> by <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)   Notary Public: *[signature]* Matthew Zettley | (SEAL)   Notary Public_____ |
| My commission expires: <u>February 19, 2022</u> | My commission expires: |
| *[Notary seal: MATTHEW ZETTLEY, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES FEBRUARY 19, 2022]* | |